**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEONARD HOVEY,

       Plaintiff,

v.                                          Case No:   6:14-cv-632-Orl-40TBS

DRACO PROPERTY MANAGEMENT,
LLC. and FROGGY'S SALOON, INC.,

       Defendants.

**ORDER**

This cause is before the Court on Plaintiff's Motion for Entry of Judgment After Default Against Froggy's Saloon, Inc. (Doc. 28) filed on July 14, 2014 and Plaintiff's Verified Application for Attorneys' Fees, Litigation Expenses, and Costs (Doc. 35) filed September 15, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 3, 2014 (Doc. 39), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Judgment After Default Against Froggy's Saloon, Inc. (Doc. 28) is hereby **DENIED WITHOUT PREJUDICE**, to be reasserted, to the extent appropriate, once the case against this Defendant is resolved.

3. Plaintiff's Verified Application for Attorneys' Fees, Litigation Expenses, and Costs (Doc. 35) is hereby **DENIED WITHOUT PREJUDICE**, to be reasserted, to the extent appropriate, once this case against this Defendant is resolved.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties